■ FADI KABBARA, Appellant, v URIELA SANTIAGO et al., Respondents. [628 NYS2d 595] —Appeal by the plaintiff from an

order of the Supreme Court, Queens County (Posner, J.), dated February 28, 1994.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Posner at the Supreme Court. Bracken, J. P., Rosenblatt, Krausman and Goldstein, JJ., concur.